

# IN THE
## TENTH COURT OF APPEALS

### No. 10-08-00351-CR
### No. 10-08-00352-CR

**REGINALD DARREL TAYLOR,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 82nd District Court
### Falls County, Texas
### Trial Court Nos. 8418 and 8441

## MEMORANDUM  OPINION

Reginald Darrel Taylor pled guilty to possession with the intent to deliver a controlled substance.  *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112(c) (Vernon 2003); (10-08-00351-CR).  Taylor also pled guilty to aggravated assault with a deadly weapon. *See* TEX. PENAL CODE ANN. § 22.02(a)(2) (Vernon Supp. 2008); (10-08-00352-CR).  He was sentenced to 7 years in prison for each offense.  Taylor appealed both of his convictions. The notice of appeal, which included both trial court case numbers, was filed almost 7 months after the date the sentences were imposed.  Further, the trial court signed

certifications of defendant's right of appeal which indicated Taylor had no right to appeal his convictions and waived his right to appeal.

In a letter dated October 20, 2008, the Clerk of this Court notified Taylor that his appeals were subject to dismissal because it appeared that the notice of appeal was untimely and that the certifications of defendant's right of appeal indicated that Taylor had no right of appeal and waived his right to appeal. The Clerk also warned Taylor that his appeals could be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeals. More than 21 days have passed, and Taylor has not filed a response.

Accordingly, his appeals are dismissed. *See* TEX. R. APP. P. 44.3, 25.2(d).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Vance, and
    Justice Reyna
Dismissed
Opinion delivered and filed December 23, 2008
Do not publish
[CR25]